PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. Quinton Edwards                    Docket Number: 10-cr-00449-REB-01

### Amended Petition for Issuance of Arrest Warrant Due to Violation of Supervised Release

COMES NOW, Marcee Fox, probation officer of the court, presenting an official report upon the conduct and attitude of Quinton Edwards who was placed on supervision by the Honorable Robert E. Blackburn sitting in the court at Denver, Colorado, on the 20th day of May, 2011, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.      The defendant shall participate in a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  The defendant will be required to pay the cost of treatment as directed by the probation officer.

2.      The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**On September 10, 2013, the defendant's special conditions were modified to include:**

3.      The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days, to commence at the direction of the Probation Office, and the defendant shall observe the rules of that facility.  The defendant may be discharged earlier than 180 days by the Probation Office, if the defendant is determined to be in full compliance with the conditions of supervision.

**On December 18, 2013, the defendant's supervised release was revoked and he was sentenced to time served to be followed by two (2) years supervised release.  The following special conditions were ordered:**

1.      The defendant shall participate in a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  The defendant will be required to pay the cost of treatment as directed by the probation officer.

2.      The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the

probation officer.  The defendant will be required to pay the cost of treatment as directed by

PROB 12
(02/05-D/CO)

the probation officer.  The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

3.    The defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his/her prescribed medications is maintained.

4.    The defendant shall reside in a Residential Reentry Center (RRC) for a period of six (6) months, to commence at the direction of the Probation Office, and the defendant shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachement hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original petition, dated January 13, 2014, (Document No. 47) be amended to reflect the defendant's conviction in Arapahoe County District Court, Case Number 13CR2826.

ORDER OF THE COURT

Considered and ordered this 5th  day of March, 2014, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Marcee Fox*

Marcee Fox
Senior U.S. Probation Officer

**s/ Robert E. Blackburn**

Robert E. Blackburn
U.S. District Judge

Place: Denver, Colorado
Date:  March 5, 2014

## ATTACHMENT

The defendant's term of supervised release commenced on December 18, 2013.

The defendant has committed the following violation of supervised release:

1.      **VIOLATION OF THE LAW:**

On or about December 19, 2013, the defendant committed Attempted First Degree Criminal Trespass of an Auto, in violation of C.R.S. 18-4-502.  This is a Class 6 Felony, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

The defendant's term of supervised release was revoked on December 18, 2013, and he was sentenced to a term of time served.  He was released from the GEO detention facility at approximately 4:30 p.m. on the same date.  On December 19, 2013, at approximately 12:36 a.m., the defendant was arrested by the Aurora Police Department and charged with First Degree Criminal Trespass of an Auto (Class Five Felony), Arapahoe County Court, Case Number 13CR2826.

According to the police report from the Aurora Police Department, the victim reported that he could see a flashlight moving in his vehicle which was parked in the alley behind his address.  When police officers arrived, they saw a male, later identified as the defendant, sitting in the rear of the victim's white Ford Econoline van.  They ordered the defendant to crawl to the rear of the vehicle and then placed him in handcuffs.  He was wearing tan leather gloves.  Officers also found a small flashlight with a head strap and a flat head screw driver near where the defendant was located in the van.  The plastic key guard for the ignition was removed and on the floorboard under the steering wheel. The victim reported that he had received an alert from a wireless motion detector that he has installed in the rear interior of the van.  He also reported there was no damage to the ignition prior to the incident.  The victim reported that he did not know the defendant.

On March 3, 2014, the defendant appeared in Arapahoe County Court and pled guilty to an added count of Attempted First Degree Criminal Trespass (Class Six Felony).  He was sentenced to 18 months probation.